# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James E. Moore, et al.
*as Trustee of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund and Twin City Carpenters Vacation Fund, and each of his successors*

    Plaintiffs,      Civil 09-03178 (PAM/SER)

v.

                 **ORDER OF DISMISSAL**

RTL Construction Inc., et al.

    Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November   30   , 2011

              *s/ Paul A. Magnuson*
              Paul A. Magnuson, Judge
              United States District Court